UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NIPPER,<br><br>    Plaintiff,<br><br>    v.<br><br>PENN FOSTER, LLC,<br><br>    Defendant. | Case No.  1:23-cv-01655-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO PLAITNIFF'S COMPLAINT<br><br>(Doc. 5) |

Plaintiff Joseph Nipper ("Plaintiff") initiated this action with the filing of a complaint on November 29, 2023.  (Doc. 1.)  Pending before the Court is the parties' stipulation to extend Defendant Penn Foster, LLC's, time to respond to Plaintiff's complaint.  (Doc. 5).

In light of the parties' unopposed stipulation and good cause appearing, IT IS HEREBY ORDERED that the time by which Defendant Penn Foster, LLC shall respond to the complaint is extended up to and including January 25, 2024.

IT IS SO ORDERED.

    Dated:   **December 15, 2023**                         _____
                                                            UNITED STATES MAGISTRATE JUDGE